OFFICE OF THE STANDING TRUSTEE
P.O. BOX 1884
MOBILE, AL 36633
(251)438-4615

IN RE                                                                      Case No. 14-03563-WSS-13

       Edwards, Nettie Andrea

Debtor

TO:     TEDDY J FAUST JR/BALDWIN COUNTY REVENUE COMM
         P.O. BOX 1549
         BAY MINETTE, AL 36507-1549

## NOTICE OF INTENT TO PAY CLAIM

| ECF CLAIM # | CLAIM ID | CLAIM AMOUNT | DATE FILED | YOUR ACCT # |
|---|---|---|---|---|
| 5 | 00008 | 235.56 | Feb 05, 2015 | 12053 |

The above referenced claim:

     WAS FILED FOR $235.56 AS AN UNSCHEDULED SECURED CLAIM FOR 2014 PROPERTY TAXES.

**Objections to this claim** should be filed within 30 days from the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, 201 St. Louis St., Mobile, AL 36602.

**If no objection to the claim is filed**, the Trustee will begin making timely disbursements on this claim after the 30 day objection period has passed, based on the allowed percentage.

DATED: 02/06/2015                                CLAIMS DEPARTMENT

cc:     Nettie Andrea Edwards
         18581 Patterson Rd
         Silverhill, AL 36576

         MICHAEL A. HART
         P.O. BOX 1402
         DAPHNE,, AL 36526

         TEDDY J FAUST JR/BALDWIN COUNTY REVENUE COMM
         P.O. BOX 1549
         BAY MINETTE, AL 36507-1549